UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MAJOR EVENTS GROUP, LLC,   :   Chapter 11
                                    :
         Debtor                     :
                                    :   Bky. No. 18-10112 ELF

# O R D E R

**AND NOW,** after a hearing on the U.S. Trustee's Motion for Sanctions, ("the Motion") (Doc. # 10), and by agreement of the parties, it is hereby **ORDERED** that:

1. For purposes of awarding compensation for post-petition services to the Debtor in **Bky. No. 18-11123** (i.e., the chapter 11 case filed by the Debtor after the dismissal of the above-captioned case), the Debtor's counsel shall be deemed to hold as the remaining retainer, the sum of **$4,283.00**.[1]

2. This order constitutes the final resolution of the Motion.

3. The Clerk shall also docket this Order in **Bky. No. 18-11123**.

**Date: February 21, 2018**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] In his Disclosure of Compensation pursuant to Fed. R. Bankr. P. 2016(b) filed in Bky. No. 18-11123, the Debtor's counsel disclosed that he received a payment of **$6,000.00** in connection with Bky. No. 18-10112, of which **$1,717.00** was used to pay the filing fee, leaving a retainer balance of **$4,283.00**. After paying a second filing fee in Bky. No. 18-11123, **$2,566.00** remains on account. Because the need for a second filing and a second filing fee was due to counsel's error, he has agreed to personally pay the second filing fee. This will be accomplished by treating him as continuing to hold **$4,283.00** in his trust account, as set forth above in Paragraph 1, when he applies for compensation under 11 U.S.C. §§330, 331.